UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Hon. John J. Hughes
                              United States Magistrate Judge

    v.                    :   Mag. No. 08-1102 (JJH)

REGINALD TYRONE GILBERT
CARMICHAEL                :   **ORDER FOR CONTINUANCE**

THIS MATTER having come before the Court on the joint application of the parties, United States (Christopher J. Christie, United States Attorney, by Eugenia A. P. Cowles, Assistant United States Attorney) and the defendant, REGINALD TYRONE GILBERT CARMICHAEL (Lisa Van Hoeck, Esq., Counsel for REGINALD TYRONE GILBERT CARMICHAEL) for an Order granting a continuance of the proceedings in the above-captioned matter to permit the parties additional time to complete plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18 of the United States Code, Section 3161(b), and having consented to the continuance in the above-captioned matter, and it appearing that the defendant waives such right; and the parties having no objection to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that:

1) The parties advise that they are engaged in meaningful plea negotiations and that additional time is necessary to complete those negotiations.

2) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this __6th__ day of __MAY__, 2008,

ORDERED that the period between May 9, 2008, and June 8, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. John J. Hughes
United States Magistrate Judge

We hereby consent to the form
and entry of this Order

Eugenia A. P. Cowles
Assistant U.S. Attorney

REGINALD TYRONE GILBERT CARMICHAEL

Lisa Van Hoeck, Esq.
Attorney for REGINALD TYRONE GILBERT CARMICHAEL